| | |
|---|---|
| Victor Campos, P.C. | Hearing Date: October 21, 2014 |
| 94 W. Main Street, Suite 202 | Time: 9:30 a.m. |
| Bay Shore, New York 11706 | Objection Date: October 17, 2014 |
| Tel: (631)273-2600 | Time: 4:00 p.m. |
| Fax: (631)620-3800 | |
| Email: victorcampospc@gmail.com | |
| By Victor Campos | |
| Attorney for Debtors | |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------X
In re:

FRANCISCO AMAYA and CELIA M. AMAYA,

                        Debtors.

-------------------------------------X

                                   Chapter 7

                                   Case No. 8-11-78239-ast

**NOTICE OF MOTION FOR ORDER PURSUANT TO LOCAL BANKRUPTCY RULE 2002 (a) AND RULE 9024 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE §105(A) AND §521(I)(1) OF THE BANKRUPTCY CODE FOR AN ORDER (i) REOPENING AND RESTORING DEBTOR'S CHAPTER 7 CASE; (ii) ALLOWING DEBTOR TO AMEND SCHEDULES; AND (iii) GRANTING SUCH OTHER AND FURTHER RELIEF AS THE COURT MAY DEEM AS JUST AND PROPER**

    **PLEASE TAKE NOTICE** that the debtors, Francisco Amaya and Celia M. Amaya, (the "Debtors") by and through their attorney, Victor Campos, will move for an Order pursuant to Local Rule 2002 (a) and Rule 9024 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and §105(a) and §521 (i)(1) to title 11 of the United States Code (the "Bankruptcy Code") (i) reopening and restoring the Debtor's Chapter 7 Case; (ii) allowing the Debtor to amend its schedules; and (iii) granting

such other and further relief as the Court may deem as just and proper (the "Order"), before the Honorable Alan S. Trust, United States Bankruptcy Judge, on October 21st, 2014, at 9:30 o'clock a.m. (the "Hearing Date") at the United States Bankruptcy Court for the Eastern District of New York, in Courtroom at the Alfonse M. D'Amato Federal Courthouse, 290 Federal Plaza, Central Islip, New York 11722.

**PLEASE TAKE FURTHER NOTICE,** that objections to the Motion and proposed Order, if any, pursuant to LBR 9006-1 and 9004-1, must be filed in the office of the Clerk of the Bankruptcy Court electronically in accordance with General Order #M-242 (General Order #M-242 and the Revised Administrative Procedure for the Electronic Case Filing System can be found at www.nyeb.uscourts.gov (the official website for the United States Bankruptcy Court for the Eastern District of New York) by registered users of the Court's electronic case filing system and, by all other parties in interest, on a 3.5 inch disk, preferably in portable document format (.pdf), WordPerfect or any other Windows-based word processing format (with a hard copy delivered to Chambers) and served in accordance with General Order #M-242 or by first-class mail and served upon (i)Victor Campos, P.C., 94 W. Main Street, Suite 202, Bay Shore, New York 11706 (victorcampospc@gmail.com), counsel to the Debtors; (ii) Andrew M. Thaler, Panel Trustee, 675 Old Country Road, Westbury,

New York 11590 (athaler@athalerlaw.com) and (iii) the Office of the United States Trustee, 290 Federal Plaza, Central Islip, New York (ustpredgion02.1i>ECF@usdoj.gov). All filing and service are to be made os as to be actually received by each party on or before October 17th, 2014 at 4:00 p.m. Objections, if any, will be heard on a date to be set by the Court at the Alfonse M. D'Amato Federal Courthouse, 290 Federal Plaza, Central Islip, New York 11722.

IF NO OBJECTIONS ARE RECEIVED, THE ORDER MAY BE SIGNED.

**PLEASE TAKE FURTHER NOTICE** that at the same time, you must also serve a copy of the response or objection electronically upon: (i) Victor Campos, Esq. (victorcampospc@gmail.com), counsel to the Debtors; (ii) Andrew M. Thaler, Panel Trustee (athaler@athalerlaw.com); and (iii) the Office of the United States Trustee, (ustpredgion02.1i>ECF@usdoj.gov).

**PLEASE BE ADVISED THAT IF AN OBJECTION IS TIMELY FILED WITH PROOF OF SERVICE TO THE RELIEF REQUESTED, OR IF THE COURT DETERMINES THAT A HEARING IS APPROPRIATE, THE COURT WILL SCHEDULE A HEARING. NOTICE OF SUCH HEARING WILL BE PROVIDED BY THE MOVANT.**

Dated: Bay Shore, New York
       September 29, 2014

                                        VICTOR CAMPOS, P.C.
                                        Attorney for Debtor

By: s/Victor Campos

_____
Victor Campos
94 W. Main Street, Suite 202
Bay Shore, New York 11706
(631)273-2600

To: Andrew M. Thaler
Thaler Law Group
675 Old Country Road
Westbury, New York 11590

United States Trustee
Alfonse M. D'Amato Courthouse
290 Federal Plaza
Central Islip, New York 11722

Thomas J. Keegan Jr.
Keegan & Keegan, Ross & Rosner, LLP
147 North Ocean Avenue
Patchogue, New York 11722

Thomas J. Nogan
McCabe, Collins, McGeough & Fowler, llp
346 Westbury Avenue
Carle Place, NY 11514

```
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------X
In re:
                                              Chapter 7
FRANCISCO AMAYA and CELIA M. AMAYA,
                                              Case No. 8-11-78239-dte
                  Debtors.

-------------------------------------X
```

**NOTICE OF MOTION FOR ORDER PURSUANT TO LOCAL BANKRUPTCY RULE 2002 (a) AND RULE 9024 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE §105(A) AND §521(I)(1) OF THE BANKRUPTCY CODE FOR AN ORDER (i) REOPENING AND RESTORING DEBTOR'S CHAPTER 7 CASE; (ii) ALLOWING DEBTOR TO AMEND SCHEDULES; AND (iii) GRANTING SUCH OTHER AND FURTHER RELIEF AS THE COURT MAY DEEM AS JUST AND PROPER**

**VICTOR CAMPOS, P.C.**
**Victor Campos, Esq.**

**Attorney for Debtors**

**92 W. Main Street, Suite 202**
**Bay Shore, New York 11706**
**(631)273-2600**
**(631)620-3800 fax**

**Email: victorcampospc@gmail.com**