**VICTOR CAMPOS, P.C.**
94 W. Main Street, Suite 202
Bay Shore, New York 11706
Tel: (631)273-2600
Fax: (631)620-3800
Email: victorcampospc@gmail.com
By Victor Campos
Attorney for Debtors

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------X

In re:

                                                                        Chapter 7

FRANCISCO AMAYA and CELIA M. AMAYA,

                                                                        Case No. 8-11-78239-dte

                Debtors.


-------------------------------------X

## **CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that the undersigned counsel for the Debtors has served a true copy of the annexed **NOTICE OF MOTION FOR ORDER PURSUANT TO LOCAL BANKRUPTCY RULE 2002 (a) AND RULE 9024 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE §105(A) AND §521(I)(1) OF THE BANKRUPTCY CODE FOR AN ORDER (i) REOPENING AND RESTORING DEBTOR'S CHAPTER 7 CASE; (ii) ALLOWING DEBTOR TO AMEND SCHEDULES; AND (iii) GRANTING SUCH OTHER AND FURTHER RELIEF AS THE COURT MAY DEEM AS JUST AND PROPER,** in the above captioned proceeding, by First Class Mail upon the attorneys and parties listed on the annexed service list, said addresses designated for that purpose, by mailing same in a sealed envelope, with postage prepaid thereon by first class mail in a post-office or official depository of the United States Postal Service within the State of New York.

Dated: Bay Shore, New York
       September 30, 2014

                                                      s/Victor Campos
                                                      _____
                                                      VICTOR CAMPOS

SERVICE LIST

Andrew M. Thaler
Thaler Law Group
675 Old Country Road
Westbury, NY 11590

United State Trustee
Alfonse M. D'Amato Courthouse
290 Federal Plaza
Central Islip, NY 11722

Thomas J. Keegan Jr.
Keegan Keegan Ross & Rosner,LLP
147 North Ocean Avenue
Patchogue, NY 11722

Thomas J. Nogan
McCabe, Collins, McGeough & Fowler
346 Westbury Avenue
Carle Place, NY 11514

HSBC Bank
2929 Walden Avenue
Depew, NY 14043

Wells Fargo Home Mortgage
7495 New Horizon Way
Frederick, MD 21703

Bank of America
POB 15019
Wilmington, DE 19850

Citibank
POB 653095
Dallas, TX 75265

GMAC Insurance
POB 3199
Winston Salem, NC 27102

Kohls
POB 2983
Milwaukee, WI 53201

Petro
171 E. Ames Court
Plainview, NY 11803

Sheffield Financials
POB 1704
Clemmons, TX 27012

Southside Hospital
c/o POM Recoveries Inc
POB 602
Lindenhurst, NY 11757

Sprint
c/o IC Systems
POB 64378
Saint Paul, MN 55164

Teachers Federal Credit Union
2410 N. Ocean Avenue
Farmingville, NY 11738

Wells Fargo Auto Finance
4285 Genesee Street
Cheetowaga, NY 14225